**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMAR KHALID ABED, | : | |
| Petitioner | : | CIVIL ACTION NO. 4:10-1617 |
| v. | : | (McCLURE, D.J.) |
| | | (MANNION, M.J.) |
| B. A. BLEDSOE, Warden, | : | |
| Respondent | : | |

: : : : : : : : : : : :

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OBAYDA HANIFI ABED, | : | |
| Petitioner | : | CIVIL ACTION NO. 4:10-1618 |
| v. | : | (McCLURE, D.J.) |
| | | (MANNION, M.J.) |
| B. A. BLEDSOE, Warden, | : | |
| Respondent | : | |

# O R D E R

Presently before the court is the petitioner Amar Khalid Abed's motion for leave to reinstate and/or renew the motion to consolidate his habeas petition filed under Civil Action No. 4:10-1617 with that filed by his brother, Obayda Hanifi Abed, under Civil Action No. 4:10-1618, (Civil Action No. 4:10-1617, Doc. No. 14), as well as petitioner Obayda Hanifi Abed's motion for leave to reinstate and/or renew the motion to consolidate his habeas petition filed under Civil Action No. 4:10-1618 with that filed by his brother, Amar

Khalid Abed, under Civil Action No. 4:10-1617, (Civil Action No. 4:10-1618, Doc. No. 15).

Upon review of the petitioners' motions, as well as the government's responses thereto which reflect that the provisions of Fed.R.Civ.P. 42(a) have been met and therefore the government has no objection to the motions, the court will grant the petitioners' motions and consolidate the above matters.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

**(1)** petitioner Amar Khalid Abed's motion for leave to reinstate and/or renew the motion to consolidate his habeas petition filed under Civil Action No. 4:10-1617 with that filed by his brother, Obayda Hanifi Abed, under Civil Action No. 4:10-1618, (Civil Action No. 4:10-1617, Doc. No. 14), is **GRANTED**;

**(2)** petitioner Obayda Hanifi Abed's motion for leave to reinstate and/or renew the motion to consolidate his habeas petition filed under Civil Action No. 4:10-1618 with that filed by his brother, Amar Khalid Abed, under Civil Action No. 4:10-1617, (Civil Action No. 4:10-1618, Doc. No. 15), is **GRANTED**; and

**(3)** the Clerk of Court is directed to consolidate Civil Action No. 4:10-1618 into Civil Action No. 4:10-1617.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States Magistrate Judge**

**Date:** December 21, 2010

O:\shared\ORDERS\2010 ORDERS\10-1617-03.wpd